# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 28, 2015

## NO. 03-14-00442-CV

### Scott Mandle, Appellant

### v.

### Old West Capital Co., as assignee of the judgment originally taken by Oliphant Financial Corporation; and A+ Federal Credit Union, Appellees

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
VACATED AND REMANDED ON JOINT MOTION –
OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on January 17, 2014. The parties have filed an agreed motion to dismiss appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion; vacates the judgment without regard to the merits, and remands the cause to the trial court for rendition of a judgment in accordance with the parties' agreement. Each party shall pay the costs of the appeal incurred by that party, both in this Court and in the court below.